06- 388

All violations of plaintiff rights against Cruel and unusual punishment and violations of plaintiffs due process rights are demonstrated in this civil Complaint of which plaintiff seeks relief from all defendants for violating his rights guaranteed under the U.S. Constitution.

Respectfully Submitted,

* Ruben Porter      *Ruben Porter*

5-30-06

Ruben Porter SBI# 321379
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware, 19977



FILED
JUN 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

23

" All defendants were acting under the color of State law, during all times relevant to this complaint "

I Ruben Porter, swear or affirm that the above stated information is true and correct by the best of my knowledge and is made under penalty of perjury.

\*  *[signature: Ruben Porter]*
Affiant Signature

Sworn to and subscribed before me on this __30th__ day of __MAY__ 2006

_____
Notary public

16



WILMINGTON DE 197
27 JUN 2006 PM 3 T

U.S.M.S. X-RAY

I/M Ruben Porter
SBI# 321379    UNIT 22 A u/o
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570