AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Ruben Porter SBI# 321379
Plaintiff

V.

Warden Thomas Carroll et. al.
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 06-388 (JJF)

I, Ruben Porter SBI# 371 379 declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JUL 3 1 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration Delaware Correctional Center 1181 Paddock Road, Smyrna, Delaware, 19977

   **Inmate Identification Number (Required):** SBI# 321 379

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. The amount I receive and income is from Lenore Porter And I don't know what or how much I'll receive in the fut...

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes" state the total amount  $ 48.42

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable. NONE

I declare under penalty of perjury that the above information is true and correct.

7-19-06              *[signature]
DATE                 SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditnres, and balances dnring the last six months in your institutional accounts. If you have multiple acconnts, perhaps because you have been in multiple institntions, attach one certified statement of each account.



I/M Ruben Porter
SBI# 371379  UNIT# 22 A-U-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Ruben Porter       SBI#: 321379

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   July 10, 2006

06-388 (JJF)

Attached are copies of your inmate account statement for the months of
January 1, 2006 to June 30, 2006

The following indicates the average daily balances.

FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 260.75 |
| Feb | 195.41 |
| March | 154.99 |
| April | 140.69 |
| May | 95.96 |
| June | 72.54 |

Average daily balances/6 months: 143.39

Attachments
CC: File

Stacy Shane 7/10/06

Ruben Porter
7-10-06

# Individual Statement

## For Month of January 2006

Date Printed: 7/10/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $215.58 |
|---|---|---|---|---|---|---|
| 00321379 | Porter | Ruben | | | | |

Current Location: 22    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/4/2006 | ($17.14) | $0.00 | $0.00 | $198.44 | 203587 | | | |
| Visit | 1/9/2006 | $25.00 | $0.00 | $0.00 | $223.44 | 205658 | 20508285944-23802 | UKN | |
| Canteen | 1/11/2006 | ($19.92) | $0.00 | $0.00 | $203.52 | 206963 | | | |
| Canteen | 1/18/2006 | ($19.75) | $0.00 | $0.00 | $183.77 | 210006 | | | |
| Canteen | 1/25/2006 | ($19.99) | $0.00 | $0.00 | $163.78 | 213033 | | | |
| Visit | 1/25/2006 | $40.00 | $0.00 | $0.00 | $203.78 | 213219 | 47901861942-11981 | | L.PORTER |

Ending Mth Balance: $203.78

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 7/10/2006

## For Month of February 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $203.78 |
|---|---|---|---|---|---|---|
| 00321379 | Porter | Ruben | | | | |

Current Location: 22    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 2/3/2006 | $0.00 | ($4.00) | $0.00 | $203.78 | 218418 | | | |
| Medical | 2/3/2006 | ($4.00) | $0.00 | $0.00 | $199.78 | 218551 | | | |
| Canteen | 2/8/2006 | ($19.72) | $0.00 | $0.00 | $180.06 | 219970 | | | |
| Canteen | 2/15/2006 | ($19.76) | $0.00 | $0.00 | $160.30 | 223159 | | | |
| Mail | 2/15/2006 | $50.00 | $0.00 | $0.00 | $210.30 | 223700 | 396927387 | 1/9/06 | PORTER |
| Canteen | 2/22/2006 | ($19.95) | $0.00 | $0.00 | $190.35 | 226103 | | 1/9/06 | |

Ending Mth Balance: $190.35

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of March 2006

Date Printed: 7/10/2006                                                                                     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $190.35 |
|---|---|---|---|---|---|---|
| 00321379 | Porter | Ruben | | | | |

Current Location:  22                Comments:  QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/1/2006 | ($19.94) | $0.00 | $0.00 | $170.41 | 229597 | | | |
| Canteen | 3/8/2006 | ($19.92) | $0.00 | $0.00 | $150.49 | 232072 | | | |
| Canteen | 3/16/2006 | ($8.54) | $0.00 | $0.00 | $141.95 | 237775 | | | |
| Canteen | 3/22/2006 | ($15.00) | $0.00 | $0.00 | $126.95 | 239650 | | | |
| Visit | 3/27/2006 | $25.00 | $0.00 | $0.00 | $151.95 | 241153 | 9342669227-06649 | | A. FRASER |
| Visit | 3/27/2006 | $45.00 | $0.00 | $0.00 | $196.95 | 241154 | 9252003057-06650 | | L. PORTER |
| Canteen | 3/29/2006 | ($17.10) | $0.00 | $0.00 | $179.85 | 242135 | | | |
| Pay-To | 3/31/2006 | ($12.00) | $0.00 | $0.00 | $167.85 | 243234 | | PROJECT AWARE | |

Ending Mth Balance:  $167.85

Total Amount Currently on Medical Hold:  $0.00
Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

## For Month of April 2006

Date Printed: 7/10/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $167.85 |
|---|---|---|---|---|---|---|
| 00321379 | Porter | Ruben | | | | |

Current Location: 22    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/5/2006 | ($23.10) | $0.00 | $0.00 | $144.75 | 245582 | | | |
| Canteen | 4/12/2006 | ($19.97) | $0.00 | $0.00 | $124.78 | 248524 | | | |
| Canteen | 4/19/2006 | ($18.12) | $0.00 | $0.00 | $106.66 | 250923 | | | |
| Visit | 4/19/2006 | $20.00 | $0.00 | $0.00 | $126.66 | 251329 | 1640461-07153 | A. BRATHWAITE | |
| Mail | 4/19/2006 | $20.00 | $0.00 | $0.00 | $146.66 | 251530 | 9617943082 | R. PORTIN | |
| Canteen | 4/26/2006 | ($19.48) | $0.00 | $0.00 | $127.18 | 255077 | | | |

Ending Mth Balance: $127.18

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of May 2006

Date Printed: 7/10/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $127.18 |
|---|---|---|---|---|---|---|
| 00321379 | Porter | Ruben | | | | |

Current Location: 22    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/3/2006 | ($19.77) | $0.00 | $0.00 | $107.41 | 258755 | | | |
| Canteen | 5/10/2006 | ($34.55) | $0.00 | $0.00 | $72.86 | 261366 | | | |
| Visit | 5/15/2006 | $50.00 | $0.00 | $0.00 | $122.86 | 263557 | 484671913330-01557 | | L. PORTER |
| Canteen | 5/17/2006 | ($19.64) | $0.00 | $0.00 | $103.22 | 264608 | | | |
| Canteen | 5/24/2006 | ($19.76) | $0.00 | $0.00 | $83.46 | 267217 | | | |
| Medical | 5/26/2006 | $0.00 | ($2.00) | $0.00 | $83.46 | 270419 | | 4/21/06 | |
| Medical | 5/26/2006 | ($2.00) | $0.00 | $0.00 | $81.46 | 270668 | | 4/21/06 | |
| Canteen | 5/31/2006 | ($19.68) | $0.00 | $0.00 | $61.78 | 271713 | | | |

Ending Mth Balance: $61.78

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of June 2006

Date Printed: 7/10/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $61.78 |
|---|---|---|---|---|---|---|
| 00321379 | Porter | Ruben | | | | |

Current Location: 22  Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($4.20) | $61.78 | 272678 | | | |
| Supplies-MailP | 6/5/2006 | ($4.20) | $0.00 | $0.00 | $57.58 | 274714 | 5/16/06 | | |
| Canteen | 6/6/2006 | $15.00 | $0.00 | $0.00 | $72.58 | 275039 | 5/16/06 | REFUND | |
| Canteen | 6/7/2006 | ($19.63) | $0.00 | $0.00 | $52.95 | 276279 | | | |
| Mail | 6/8/2006 | $20.00 | $0.00 | $0.00 | $72.95 | 277229 | 09707281492 | | D. SALCEDO |
| Visit | 6/12/2006 | $35.00 | $0.00 | $0.00 | $107.95 | 278184 | J98708604l7-02885 | | L. PORTER |
| Canteen | 6/14/2006 | ($19.88) | $0.00 | $0.00 | $88.07 | 279042 | | | |
| Canteen | 6/21/2006 | ($19.90) | $0.00 | $0.00 | $68.17 | 281932 | | | |
| Canteen | 6/28/2006 | ($19.75) | $0.00 | $0.00 | $48.42 | 284374 | | | |

Ending Mth Balance: $48.42

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00